(A) FANNIE ABRAMSON, Respondent, v. KENWOOD LABORATORIES, INC., et al., Appellants. (B) ANITA EISENBERG et al., Respondents, v. DAVID EISEN-

BERG, Appellant.— [In each action] Motion by appellant[s] for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the April Term, beginning March 26, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before March 14, 1962. Beldock, P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.